STATE OF MISSOURI      )
                                            ) ss.
<u>COUNTY OF JACKSON</u>     )

<u>A F F I D A V I T</u>

I, Christopher A. Gilio, being duly sworn, state the following:

1. I am a Detective with the Kansas City, Missouri Police Department and have been employed in that capacity for 20 years. I am an ATF Task Force Detective assigned to the investigation of illegal firearms possession and sale in the Kansas City metropolitan area. Based upon my investigation, along with information provided to me by other officers and detectives from the Kansas City, Missouri Police Department, I believe the following to be true and correct.

2. On April 4, 2011, at approximately 4:15 p.m., Kansas City, Missouri police officers responded 8517 Brooklyn, Kansas City, Jackson County, Missouri. The officers met with Lana Grayson. Ms. Grayson advised that she had recently ended a relationship with Anthony C. DELONEY, DOB: 09/24/1956, and that he had numerous items on her property that she believed to be stolen. Officers then checked a serial number on a John Deer riding lawn mower found on the property which was determined to be stolen. Ms. Grayson then gave the officers consent to search a Doolittle trailer that was parked on the property. Inside the trailer, officers and detectives located numerous items of tools and construction equipment. Also found inside of the trailer were two long guns and two handguns. The handguns were determined to be a Rossi, Model 68, .38 caliber revolver, Serial Number AA306778, and a Ruger, Model P97DC, .40 caliber pistol, Serial Number 66349273.

3. On April 5, 2011, at approximately 12:41 p.m., Kansas City, Missouri police officers in the area of 83 and Euclid, located Anthony C. DELONEY after he fled from other officers who were looking for him and attempted to stop him. The officers found DELONEY lying

beneath a red vehicle that was parked on the street. DELONEY attempted to run from the officers but was taken into custody. DELONEY was brought to the Metro Patrol Division Station and booked for Investigative for Possession of a Stolen Property.

4. On April 5, 2011, Detective Darla Harris of the Kansas City, Missouri Police Department, Metro Property Crimes Section advised Anthony C. DELONEY of his *Miranda* rights and questioned him regarding his arrest. During questioning, DELONEY admitted that he believed most of the property found in the trailer was probably stolen. DELONEY admitted to possession of the firearms, including the Rossi revolver and the Ruger pistol, that were found inside of the trailer. DELONEY stated that he is a convicted felon and knew that he was prohibited from having firearms.

5. On April 6, 2011, I reviewed criminal history from the Circuit Court of Jackson County, Missouri, relating to the felony convictions of Anthony C. DELONEY. On May 22, 1989, in Case Number CR891139, DELONEY was sentenced to one year of imprisonment relative to a felony conviction of Burglary in the Second Degree. On October 26, 1992, in Case Number CR914376, DELONEY was sentenced to five years of imprisonment relative to multiple counts of Burglary in the Second Degree and Stealing. On February 8, 1996, DELONEY was sentenced to 5 years of imprisonment relative to a felony conviction of Burglary in the Second Degree and Stealing. On December 8, 2009, in Case Number 0916CR04481-01, DELONEY was sentenced to three years of imprisonment relative to a felony conviction of Possession of a Controlled Substance.

6. I know based on my experience and training that the previously described handguns were not manufactured in Missouri. The Rossi revolver was most likely manufactured in Brazil

and the Ruger pistol was most likely manufactured in Southport, Connecticut, or Prescott, Arizona.

       FURTHER AFFIANT SAYETH NAUGHT.

                                       /s/ Christopher A. Gilio
                                       CHRISTOPHER A. GILIO
                                       Task Force Officer
                                       Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me

this   6th   day of April, 2011.

/s/ SARAH W. HAYS
HONORABLE SARAH W. HAYS
United States Magistrate Judge
Western District of Missouri

sgs

3