# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-1371

_____

United States of America

Plaintiff - Appellee

v.

Anthony C. Deloney

Defendant - Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:11-cr-00098-FJG-1)

_____

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and brief of the appellant.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 05, 2013

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
            /s/ Michael E. Gans