Prob 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
11-00098-01-CR-W-FJG

**DOCKET NUMBER** *(Rec. Court)*
3:20-cr-00141-VC

**FILED**
Apr 06 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| ANTHONY C DELONEY | Western District of Missouri | WESTERN |

**NAME OF SENTENCING JUDGE**
Fernando J. Gaitan Jr.

| DATES OF PROBATION /SUPERVISED RELEASE: | From 07/06/2018 | To 07/05/2021 |
|---|---|---|

**OFFENSE**

18 U.S.C. 922(j) and
924(a)(2)
Possession of Stolen Firearms

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for Northern California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 11, 2020
Date

/s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan Jr.
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern California

    IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of the order.

April 6, 2020
Effective Date