

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
WESTERN AND ST. JOSEPH DIVISIONS
Charles Evans Whittaker Courthouse
400 E. 9th Street, Room 1510
Kansas City, Missouri, 64106
(816) 512-5000

Transfer of ☑ Criminal Case or ☐ Magistrate Case
WDMO Case No.: 4:11-cr-00098-FJG    Case Title: USA v. Deloney

Dear Sir/Madam:

**Pursuant to** ☐ **F.R.Cr.P. 5**   ☐ **F.R.Cr.P. 32**
☐ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to F.R.Cr.P. 20**
☐ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to 18 U.S.C. § 3605 Transfer of Jurisdiction**  ☑ Supervised Release   ☐ Probation
☑ Attached are the last charging document, the judgment and commitment, revocation orders (if any), and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

Sincerely,

Paige Wymore-Wynn, Clerk of Court

By s/ Kiambu Houston
     Deputy Clerk

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to

Clerk, U.S. District Court

Date: _____    By: _____
                                      Deputy Clerk